Joseph P. Kornacke, administrator of the estate of Florence Kornatowski, deceased, appellant, v. Cornelius Blomseth and Arthur Anderson, appellees. Gen. No. 38,550.

Opinion filed November 4, 1936.

Royal W. Irwin, for appellant. Miller, Gorham, Wales & Adams, for appellees; Herbert C. DeYoung and Charles F. White, of counsel.

Mr. Justice Hall delivered the opinion of the court.

Albert R. Brunker, substituted as plaintiff in lieu of Wrap-Rite Corporation, appellee, v. Greenlee Foundry Company, appellant. Gen. No. 38,575.

Opinion filed November 4, 1936.

McNab, Holmes & Long, for appellant; Allan W. Cook and Joseph T. Scott, of counsel. Kelly & Pratt, for appellee; William M. Kelly and Will A. Kelly, of counsel.

Mr. Justice Hall delivered the opinion of the court.

Oscar Albertine, appellee, v. Charles L. Osborn and Harry W. Osborn, trading as Osborn Bros., appellants. Gen. No. 38,588.

Opinion filed November 4, 1936. Rehearing denied November 27, 1936.

Ogren & Cross, for appellants; Wesley F. Hanner, of counsel. Irving Holtzman and Samuel Ziv, for appellee.

Mr. Justice Hall delivered the opinion of the court.